# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA JEAN DALKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 13-4457 GHK (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

Accordingly, **IT IS ORDERED THAT**:

(1) The Report and Recommendation is **APPROVED** and **ACCEPTED**;

(2) The decision of the Commissioner denying benefits is **REVERSED**; and

(3) This matter is **REMANDED** for further administrative action.

Dated: 5/12/14

　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE