1
2
3
4
5
6                   **UNITED STATES DISTRICT COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**
8
9   NORMA JEAN DALKE              ) Case No. CV 13-4457 GHK (JCG)
10                Plaintiff,       )
11        v.                       )  **JUDGMENT**
12  CAROLYN W. COLVIN, ACTING      )
    COMMISSIONER OF SOCIAL         )
13  SECURITY ADMINISTRATION,       )
14                                 )
                Defendant.         )
15  _____  )
16
17        IT IS ADJUDGED that the decision of the Commissioner of the Social
18  Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to
19  sentence four of 42 U.S.C. § 405(g), for further administrative action.
20
21  Dated:    5/12/14          _____
22                                  HON. GEORGE H. KING
23                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28